UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHOCKWATCH, INC.,

                            Plaintiff,                    **ORDER**

        -against-                                         25-CV-01805 (PMH)

VARCODE, LTD. and VARCODE, LLC,

                            Defendants.

PHILIP M. HALPERN, United States District Judge:

On December 18, 2025, the Court held a pre-motion conference concerning Plaintiff ShockWatch, Inc. d/b/a Spotsee's anticipated motions to: (1) sever Defendant Varcode, Ltd.'s counterclaims pursuant to Federal Rule of Civil Procedure 21 (Doc. 44); and (2) dismiss or, alternatively, sever and transfer Defendant Varcode, Ltd.'s counterclaims pursuant to Federal Rules of Civil Procedure 12(b)(3) and 19(a)(3) (Doc. 55). The Court construed Plaintiff's letter-motions (Docs. 44, 55) as the motions themselves. *See In re Best Payphones, Inc.*, 450 F. App'x 8, 15 (2d Cir. 2011). For the reasons stated on the record at the conference, Plaintiff's motions are DENIED.

Plaintiff's counsel from the firm Fish & Richardson P.C. are directed to file a proposed order to withdraw as counsel no later than December 31, 2025.

                            **SO ORDERED.**

Dated:    White Plains, New York
          December 18, 2025

                            _____
                            PHILIP M. HALPERN
                            United States District Judge