**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHOCKWATCH, INC. d/b/a SPOTSEE,

*Plaintiff,*

v.

FOUR M COMMERCIAL OPERATIONS, LLC,

*Defendant.*

Case No. 7:25-cv-01805-PMH

PROPOSED ORDER

**PROPOSED ORDER WITHDRAWING COUNSEL FOR PLAINTIFF**

In compliance with the Court's Order dated December 18, 2025 (D.I. 58);

IT IS HEREBY ORDERED, that Neil J. McNabnay, David B. Conrad, Sarika Patel, Shelby Farrand, and the law firm of Fish & Richardson P.C. shall be withdrawn as counsel of record for Plaintiff ShockWatch, Inc. d/b/a SpotSee ("Plaintiff"). H. Dale Langley, Jr. of The Langley Law Firm, P.C. shall continue to represent Plaintiff.

SO ORDERED this 2nd day of January , 2026 .

_____
Honorable Philip M. Halpern
United States District Judge